IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAMIZ KUDRYASHOV, #A71-209-782,<br>Petitioner, | )<br>)<br>) | |
| v. | )<br>) | 3:05-CV-0775-H |
| ALBERTO GONZALES, United States<br>Attorney General, et al.,<br>Respondents. | )<br>)<br>)<br>) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED and that Respondents' motion to dismiss is GRANTED.

Signed this 27 day of Sept., 2005.

UNITED STATES DISTRICT JUDGE